# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMY THREETON INDIVIDUALLY AND ON
BEHALF OF HER DECEASED SON RICHARD
L. THREETON, JR.

NO.  2023 CW 0465

VERSUS

PROGRESSIVE SECURITY INSURANCE
COMPANY, PARISH OF POINTE COUPEE,
THE SUCCESSION OF CHRISTOPHER J.
SOILEAU, ENTERGY LOUISIANA, LLC,
AND DEVILLE'S LAWN SERVICE II LLC

**JULY 28, 2023**

---

In Re:   Entergy Louisiana, LLC, applying for supervisory writs,
         18th Judicial District Court, Parish of Pointe Coupee,
         No. 50209.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.**  We find the trial court erred in the portion of its May 11, 2023 judgment denying the exception of no cause of action filed by defendant, Entergy Louisiana, LLC.  There is no authority to support a cause of action for negligence against Entergy Louisiana, LLC, for its failure to provide street lighting, because Entergy Louisiana, LLC, is not required to provide street lighting as part of its general "public utility service," and without a duty there can be no liability.  **Burdis v. Lafourche Parish Police Jury**, 542 So.2d 117, 119 (La. App. 1st Cir. 1989).  We further find no basis for strict liability under La. Civ. Code art. 2317 because plaintiff, Amy Threeton, individually and on behalf of her deceased son, Richard L. Threeton, Jr., has not alleged any facts showing a contractual relationship existed between Entergy Louisiana, LLC and the decedent, her son, such that Entergy Louisiana, LLC would have a contractual obligation to provide street lighting to him.  **Shafouk Nor El Din Hamza v. Bourgeois**, 493 So.2d 112, 116-17 (La. App. 5th Cir.), writ denied, 497 So.2d 1013 (La. 1986).  We also find no facts in the petition to support a cause of action in contract because the decedent was not a party to this contract, nor has plaintiff alleged facts that would support the finding of a stipulation pour autrui. **Burdis**, 542 So.2d at 118-19.  We therefore reverse the portion of the trial court's May 11, 2023 judgment denying the exception of no cause of action filed by defendant, Entergy Louisiana, LLC, grant the exception of no cause of action filed by Entergy Louisiana, LLC, and dismiss plaintiff's claims against Entergy Louisiana, LLC.  This matter is remanded to the trial court with instructions to allow the plaintiff, Amy Threeton, individually and on behalf of her deceased son, Richard L. Threeton, Jr., the opportunity to amend her petition to remove the grounds of this objection, if possible, within a delay deemed reasonable by the trial court. See La. Code Civ. P. art. 934.

**GH**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
        FOR THE COURT